# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00669-CV

**The Resource Group, Appellant**

**v.**

**Kimberly Goodman, Appellee**

## FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-GN-22-002558, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## ORDER AND MEMORANDUM OPINION

**PER CURIAM**

Appellant The Resource Group has filed an unopposed motion to abate this appeal for thirty days to allow the parties to finalize a settlement agreement. We grant the motion and abate this appeal until further order of this Court. Appellant shall submit a motion to reinstate the appeal, a motion to dismiss the appeal, or a status report on the settlement negotiations accompanied by a motion to extend the abatement on or before November 25, 2024.

It is ordered on November 15, 2024.

Before Chief Justice Byrne, Justices Smith and Theofanis

Abated

Filed: November 15, 2024